DAWLEY, Respondent, vs. CITY OF ANTIGO and another, Appellants.

*December 15, 1903—January 12, 1904.*

Borgman v. Antigo, ante, p. 296, followed

APPEAL from a judgment of the circuit court for Langlade county: JOHN GOODLAND, Circuit Judge. *Affirmed.*

For the appellants there was a brief by *Henry Hay,* attorney, and *Max Hoffman,* of counsel, and oral argument by *Mr. Hay.*

*Geo. W. Latta,* for the respondent.

SIEBECKER, J. The plaintiff is a resident and property owner of the city of *Antigo,* and brought this action to declare a special tax and assessment for sprinkling certain

streets in the city, invalid, and that the cloud attempted to be created upon the title to lots owned by him, as a result of such assessment, be removed. The facts in this case are identical with the facts in the case of *Borgman v. Antigo, ante,* p. 296, 97 N. W. 936, except that respondent in this case did not sign a petition for sprinkling any of the streets in the city of *Antigo.* The case is ruled by the *Borgman Case.* The judgment must therefore be affirmed.

*By the Court.*—The judgment of the circuit court is affirmed.